George W. Shufelt
CDC # T-65124
Housing C-4-102
Kern Valley State Prison
P.O. Box 5103, Delano, CA 93216

Re: Habeas Corpus

Original

FILING FEE PAID  Yes ___  No ✓
IFP MOTION FILED Yes ✓  No ___
COPIES SENT TO Court ✓ / Ptys ___

FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

George W. Shufelt

PRISONER/PLAINTIFF,

v.

A. Hedgpeth, Warden

DEFENDANT(S).

CASE NUMBER
**'08 CV 0991 JAH CAB**

DECLARATION IN SUPPORT OF
REQUEST TO PROCEED WITHOUT
PREPAYMENT OF FILING FEES

I, __George W. Shufelt__, declare under penalty of perjury, that the following is true and correct; that I am the prisoner-plaintiff in the above entitled case; that in support of my request to proceed without prepayment of fees under 28 U.S.C. Section 1915, I declare that because of my poverty I am unable to pay the full costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed in prison? ☐Yes ☒No

   a. If the answer is yes, state the number of hours you work per week and the hourly rate of pay:
   _____
   _____

   b. State the place of your incarceration _____
   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Have you received, *within the past twelve months*, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐Yes ☒No
   b. Rent payments, interest or dividends?              ☐Yes ☒No
   c. Pensions, annuities or life insurance payments?    ☐Yes ☒No
   d. Gifts or inheritances?                             ☐Yes ☒No
   e. Any other income (other than listed above)?        ☐Yes ☒No
   f. Loans?                                             ☐Yes ☒No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____



3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐ Yes ☒ No

   If the answer is yes, identify each account and separately state the amount of money held in <u>each</u> account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If the answer is yes, describe the property and state it approximate value: _____

   _____

5. In what year did you last file an Income Tax Return? __1996__
   Approximately how much income did your last tax return reflect? __$23,000__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   __N/a__
   _____

   I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

   __California__                              __Kern County__
   State                                        County (or City)

   I, __George W. Shufelt__, declare under penalty of perjury that the foregoing is true and correct.

   __May 27, 2008__                            __George W. Shufelt__
   Date                                         Prisoner/Plaintiff (Signature)

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_George W. Shuju_
Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ _0_ on account at the _CCI TEHACHAPI_ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $ _0_. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _0_.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_2-1-2008_
Date

_[signature]_
Authorized Officer of Institution (Signature)

_Acct. Tech._

---

REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES WITH DECLARATION IN SUPPORT

CV-60P (04/06)                                                                 Page 3 of 3

```
REPORT ID: TS3030 .701                     REPORT DATE: 02/01/08
                                           PAGE NO:           1

              CALIFORNIA DEPARTMENT OF CORRECTIONS
              CALIF CORRECTIONAL INSTITUTION
              INMATE TRUST ACCOUNTING SYSTEM
              INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 01, 2007 THRU FEB. 01, 2008

ACCOUNT NUMBER : T65128                   BED/CELL NUMBER: 4A7AADS 0000102L
ACCOUNT NAME   : SHUFELT, GEORGE WILLIAM  ACCOUNT TYPE:    I
PRIVILEGE GROUP: D

                    TRUST ACCOUNT ACTIVITY

             << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                    CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE   DESCRIPTION        COMMENT        HOLD AMOUNT
------     ----   -----------        -------        -----------
09/13/2007 H107   POSTAGE HOLD       1812POSTAG           11.05
09/24/2007 H107   POSTAGE HOLD       2019POSTAG           23.77
01/11/2008 H109   LEGAL POSTAGE HOLD 4544LEGPOS            0.50
01/18/2008 H109   LEGAL POSTAGE HOLD 4692LEGPOS            1.31

                    TRUST ACCOUNT SUMMARY

BEGINNING   TOTAL       TOTAL         CURRENT    HOLDS    TRANSACTIONS
BALANCE     DEPOSITS    WITHDRAWALS   BALANCE    BALANCE  TO BE POSTED
---------   --------    -----------   -------    -------  ------------
  0.00        0.00         0.00         0.00      36.63        0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                 36.63
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST 2-1-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] TRUST OFFICE