EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
GIL GONZALEZ
Supervising Deputy Attorney General
GARRETT BEAUMONT, State Bar No. 63863
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2277
 Fax: (619) 645-2191
 Email: Garrett.Beaumont@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. SHUFELT,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>A. HEDGPETH, Warden, et al.,<br><br>　　　　　　　　　　Respondent. | 08cv0991-JAH (CAB)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S MOTION TO DISMISS, OR ANSWER TO, THE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: Hon. Cathy Ann Bencivengo |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  GIL GONZALEZ
   Supervising Deputy Attorney General
5  GARRETT BEAUMONT, State Bar No. 63863
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2277
     Fax: (619) 645-2191
9    Email: Garrett.Beaumont@doj.ca.gov

10 Attorneys for Respondent

11                    IN THE UNITED STATES DISTRICT COURT

12                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  GEORGE W. SHUFELT, | 08cv0991-JAH (CAB) |
| 15            Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S MOTION TO DISMISS, OR ANSWER TO, THE PETITION FOR WRIT OF HABEAS CORPUS** |
| 16       v. | |
| 17  A. HEDGPETH, Warden, et al., | |
| 18            Respondent. | |
| | Judge: Hon. Cathy Ann Bencivengo |

19

20         Garrett Beaumont hereby declares, under penalty of perjury, that: he is the Deputy

21 Attorney General assigned to prepare Respondent's motion to dismiss, or answer to, the petition for

22 writ of habeas corpus; the motion to dismiss is currently due for filing on July 28, 2008; the answer

23 is currently due for filing on August 11, 2008; since this case was assigned to declarant, declarant

24 has had to file respondent's briefs in *People v. Ingram*, E044107; *People v. Meyers*, D051608 and

25 *People v. Pratt*, E043347, has had to file federal habeas corpus answers in *Jenkins v. Adams*,

26 EDCV07-1097, and *Miles v. Marshall*, SACV06-743, and has been working on respondent's briefs

27 in *People v. Carillo*, E044123; *People v. Gauldin*, D052093; *People v. House*, D051962; *People v.*

28 *Littlefield*, E044535; *People v. Ross*, E044835 and *People v. Tran*, D052346, and federal habeas

1  corpus responses in *Crowder v. Tilton*, CV08-0694, and *Nguyen v. Tilton*, SACV08-0719, all due
2  within 30 days of the current due dates. In addition to the foregoing matters, declarant continues to
3  review the records in the pending automatic capital appeal in *People v. Nguyen*, S076340, and the
4  pending capital federal habeas corpus case in *Bemore v. Ayers*, 08CV0311.

5        Approximately 30 additional days will therefore be required to adequately prepare, review
6  and file either the motion to dismiss or the answer. For these reasons, declarant requests an
7  enlargement of time, to and including August 27, 2008, to complete and file a motion to dismiss the
8  petition for writ of habeas corpus, and to and including September 10, 2008, to complete and file an
9  answer to the petition for writ of habeas corpus.

10        Dated: July 23, 2008, San Diego, California

                                                   s/Garrett Beaumont
                                                   GARRETT BEAUMONT
                                                   Deputy Attorney General

GB:adc
80263134.wpd
SD2008700530

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Shufelt v. Hedgpeth**

No.:   **08cv0991-JAH (CAB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 23, 2008</u>, I served the following documents:

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S MOTION TO DISMISS, OR ANSWER TO, THE PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

### Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: n/a

### Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

George W. Shufelt, III
CDC# T-65128, Housing C-4-102
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 23, 2008, at San Diego, California.

|  |  |
|---|---|
| A. Curiel | _(signed) A. Curiel_ |
| Declarant | Signature |

SD2008700530
80263233.wpd