UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. SHUFELT,<br><br>                     Petitioner,<br><br>     v.<br><br>A. HEDGPETH, Warden, et al.,<br><br>                     Respondent. | Civil No.   08cv991 JAH (CAB)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME**<br>**[Doc. No. 8]** |

     Good cause appearing, the time for filing Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is enlarged to August 27, 2008, and the time for filing Respondent's answer to the Petition is enlarged to September 10, 2008.

     **IT IS SO ORDERED**.

DATED: July 23, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

1

08cv991