EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
GIL GONZALEZ
Supervising Deputy Attorney General
GARRETT BEAUMONT, State Bar No. 63863
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2277
 Fax: (619) 645-2191
 Email: Garrett.Beaumont@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE W. SHUFELT,** | 08cv0991-JAH (CAB) |
| Petitioner, | **APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **A. HEDGPETH, Warden, et al.,** | |
| Respondent. | Judge: Hon. Cathy Ann Bencivengo |

Garrett Beaumont hereby declares, under penalty of perjury, that: he is the Deputy Attorney General assigned to prepare Respondent's answer to the petition for writ of habeas corpus; the answer is currently due for filing on September 10, 2008; since this Court granted declarant the initial enlargement of time to file Respondent's habeas corpus response, declarant has drafted a substantial portion of Respondent's answer and supporting points and authorities; however, declarant has been unable to complete Respondent's answer and supporting points and authorities because of the number of claims raised by Petitioner in Petitioner's 214- page points and authorities and because declarant has had to file respondent's briefs in *People v. Carillo*, E044123; *People v. House*, D051962; and *People v. Tran*, D052346, a supplemental respondent's brief in *People v. Ingram*,

E044107; a federal habeas corpus answer in *Crowder v. Tilton*, CV08-0694; and has been working on respondent's briefs in *People v. Contreras*, G039946; *People v. Gauldin*, D052093; *People v. Layton*, E044156; *People v. Littlefield*, E044535; *People v. McNeely*, D052606; and *People v. Valadares*, G039799; and a federal habeas corpus response in *Nguyen v. Tilton*, SACV08-0719, all due within 30 days of the current due date. In addition to the foregoing matters, declarant continues to review the records in the pending automatic capital appeal in *People v. Nguyen*, S076340, and the pending capital federal habeas corpus case in *Bemore v. Ayers*, 08CV0311.

      Approximately 30 additional days will therefore be required to adequately prepare, review and file Respondent's answer. For these reasons, declarant requests a second enlargement of time, to and including October 10, 2008, to complete and file Respondent's answer to the petition for writ of habeas corpus.

      Dated: September 8, 2008, San Diego, California

                          s/ Garrett Beaumont

                          GARRETT BEAUMONT
                          Deputy Attorney General

APPROVED BY:

                          s/ Gary W. Schons

                          GARY W. SCHONS
                          Senior Assistant Attorney General

GB:clh

70135861.wpd

SD2008700530

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **Shufelt v. Hedgpeth**

No.:  **08cv0991-JAH (CAB)**

I declare:

On September 8, 2008, I electronically filed the following document(s):

- **APPLICATION FOR SECOND ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS**

- **ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

### Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: n/a

### Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

George W. Shufelt, III
CDC# T-65128, Housing C-4-102
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 8, 2008, at San Diego, California.

C. Herrera
_____        _____
Declarant                                         Signature

SD2008700530
70135874.wpd

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11
12  GEORGE W. SHUFELT,                    08cv0991-JAH (CAB)

                              Petitioner,   **ORDER GRANTING SECOND**
13                                          **ENLARGEMENT OF TIME**
         v.                                 **TO FILE RESPONDENT'S**
14                                          **ANSWER TO PETITION FOR**
    A. HEDGPETH, Warden, et al.,            **WRIT OF HABEAS CORPUS**
15
                              Respondent.
16
17
18       Good cause having been shown, the time for filing Respondent's answer to the petition
19  for writ of habeas corpus is enlarged to October 10, 2008.
20
21  Dated: _____
                                            _____
22                                          HON. CATHY ANN BENCIVENGO
                                            UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

Order Granting Enlargement of Time                              08cv0991-JAH (CAB)

1