UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. SHUFELT,<br><br>                         Petitioner,<br><br>     v.<br><br>A. HEDGPETH, Warden, et al.,<br><br>                         Respondent. | Civil No.   08cv991 JAH (CAB)<br><br>**ORDER GRANTING RESPONDENT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME**<br>**[Doc. No. 10]** |

     Good cause appearing, the time for filing Respondent's answer to the Petition for Writ of Habeas Corpus is enlarged to October 10, 2008.

     **IT IS SO ORDERED**.

DATED: September 8, 2008

                                                          **CATHY ANN BENCIVENGO**
                                                          United States Magistrate Judge